IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALBERT BROOKS,** | : | **JURY DEMANDED** |
| | : | |
| **Plaintiff,** | : | |
| | : | **NO.  20-06379** |
| **v.** | : | |
| | : | |
| **PREVENTION POINT** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, this 28th day of December, 2021, upon consideration of Defendant Prevention Point's Motion to Dismiss (Doc. No. 13), Plaintiff Albert Brooks's Response (Doc. No. 14), and Defendant's Reply (Doc. No. 17), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion to Dismiss Plaintiff's disparate treatment claims in Counts III and IV of the Amended Complaint is **DENIED**;

2. Defendant's Motion to Dismiss Plaintiff's hostile work environment claims in Counts III and IV of the Amended Complaint is **GRANTED**.

3. Within **fourteen (14) days** of the date of this Order, Defendant shall file an answer to the Amended Complaint.

**BY THE COURT:**

 /s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**